IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CR-43-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMIAH DONZELL MOORE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court GRANTS the United States' motion to construe defendant's motion as a motion under 28 U.S.C. § 2255 [D.E. 72]. Cf. [D.E. 73] (order warning defendant of the court's intent to recharacterize his motion to set aside his sentence for violating 18 U.S.C. § 922(g) under the Second Amendment as a motion under 28 U.S.C. § 2255 absent an amendment of the motion or withdrawal of the motion). The court DISMISSES as meritless defendant's motion [D.E. 62]. See, e.g., United States v. Hunt, 123 F.4th 697, 700–04 (4th Cir. 2024); United States v. Canada, 103 F.4th 257, 258 (4th Cir. 2024), vacated and remanded, No. 24-5391, 2024 WL 4654952, at *1 (2024) (Mem.), readopted and reissued as modified 123 F.4th 159, 161–62 (4th Cir. 2024); McNeill v. United States, No. 5:23-CV-274, 2023 WL 7026922, at *3–5 (E.D.N.C. Oct. 25, 2023) (unpublished). The court DENIES a certificate of appealability. See, e.g., 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 3 day of June, 2025.

JAMES C. DEVER III
United States District Judge